USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -                   INFORMATION

ALEX HATALA,                 12 Cr.
  a/k/a "kool+kake,"

        Defendant.

- - - - - - - - - - - - - - - - - x

**12 CRIM 912**

## COUNT ONE
### (Fraud in Connection with Identification Information)

The United States Attorney further charges:

1.  From in or about December 2010, up to and including in or about July 2011, in the Southern District of New York and elsewhere, ALEX HATALA, a/k/a "kool+kake," the defendant, willfully and knowingly transferred, possessed, and used, without lawful authority, the means of identification of other persons with the intent to commit, and to aid or abet, and in connection with, unlawful activity that constitutes a violation of Federal law, and that constitutes a felony under applicable State and local law, to wit, HATALA possessed stolen credit card information and stolen login information for online accounts at PayPal and other websites, and distributed such information to others who sought to use the information to facilitate fraudulent credit card transactions.

(Title 18, United States Code, Section 1028(a)(7).)

JUDGE FORREST

**FORFEITURE ALLEGATION**

2.     As a result of committing the offense alleged in Count One of this Information, ALEX HATALA, a/k/a "kool+kake," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B) and Title 28, United States Code, Section 2461, any and all property constituting and derived from proceeds obtained directly and indirectly as the result of the offenses, including but not limited to a sum of money equal to $500 in United States currency, representing the proceeds obtained directly and indirectly as the result of the offense.

**Substitute Asset Provision**

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)   cannot be located upon the exercise of due diligence;

    (2)   has been transferred or sold to, or deposited with, a third person;

    (3)   has been placed beyond the jurisdiction of the Court;

    (4)   has been substantially diminished in value; or

    (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property

of the defendant up to the value of the above-described forfeitable property.

>(Title 18, United States Code, Sections 981 and 982,
>Title 21, United States Code, Section 853;
>Title 28, United States Code, Section 2461.)

*/s/ Preet Bharara*
PREET BHARARA
United States Attorney

12/7/12 - Arraignment                                    Time in court  1:00
Deft Present w/ Atty Daniel Nobel. AUSA Serrin Turner Present.
Court Reporter Present. Waiver of Indictment Signed. Defendant
Arraigned on the Information and enters a plea of Guilty.
Court accepts plea. Sentencing Set for 2/8/13 @ 3:00 p.m.
Defendants sentencing submissions are due 1/25/13. Government
Submissions due 2/1/13. Defendant Continued Release.
PSR ordered.